IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAPE COD CHARTER BOAT ASSOCIATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DOUGLAS BURGUM in his official capacity as Secretary of the U.S. Department of the Interior, et al., <br><br> Defendants. | CASE NO.: <br> 1:25-CV-01457-TNM |

**GEORGIA AND SOUTH CAROLINA DEFENDANTS'
JOINT MOTION TO DISMISS AND RESPONSE TO PLAINTIFFS'
MOTION FOR PRELIMINARY INJUNCTION**

COME NOW, Walter Rabon, in his official capacity as Commissioner of the Georgia Department of Natural Resources, and the Georgia Department of Natural Resources by special appearance and without submitting to the jurisdiction of this Court (the "Georgia Defendants"), along with Thomas S. Mullikin, Ph.D., J.D., in his official capacity as Director of the South Carolina Department of Natural Resources; and the South Carolina Department of Natural Resources (collectively the "Defendants"), who hereby respectfully move this Honorable Court to DISMISS the Complaint for Declaratory and Injunctive Relief filed against Defendants in this action, pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(2), 12(b)(5), 12(b)(6), and/or 4(m). Defendants further request this Court DENY Plaintiffs' Motion for Preliminary Injunction. In support, Defendants show this Court the following, as is more fully set forth in the accompanying Memorandum in Support of Defendants' Joint Motion to Dismiss and Response to Plaintiffs' Motion for Preliminary Injunction:

1. This Court lacks subject matter jurisdiction over all claims asserted against Defendants because Plaintiffs lack standing to sue Defendants under Article III of the United States Constitution;

2. This Court lacks subject matter jurisdiction over all claims asserted against Defendants because Plaintiffs' claims are frivolous and wholly without merit;

3. This Court lacks subject matter jurisdiction over all claims asserted against Defendants because Defendants are immune from suit under the Eleventh Amendment of the United States Constitution;

4. The Complaint fails to state any claim against the Defendants upon which relief can be granted;

5. This Court lacks personal jurisdiction over the Georgia Defendants because Georgia Defendants were insufficiently served with process;

6. Plaintiffs have failed to file proof of service of process with the Court for Defendants within ninety (90) days of filing the Complaint; and

7. Plaintiffs have failed to show a likelihood of success on the merits or irreparable harm, and have failed to meet the standard for a preliminary injunction.

In support of the within and foregoing Motion, Defendants rely on the following which accompany this Motion and are incorporated herein by reference:

1. Defendants' Memorandum in Support of their Joint Motion to Dismiss and Response to Plaintiffs' Motion for Preliminary Injunction including all appendices, exhibits, or attachments thereto; and

2. All other pleadings, exhibits, and attachments of record in this case as of the date of this Motion.

WHEREFORE, Defendants request that this Motion be GRANTED and that the Complaint as to each of them be DISMISSED, and that Plaintiffs' Motion for Preliminary Injunction be DENIED.

Date: September 24, 2025

Respectfully Submitted,

| | |
|---|---|
| Christopher M. Carr<br>Georgia Bar No. 112505<br>*Attorney General*<br><br>Robin J. Leigh<br>Georgia Bar No. 445845<br>*Deputy Attorney General*<br><br>*/s/ D. Garrett White*<br>D. Garrett White<br>Georgia Bar No. 631112<br>*Assistant Attorney General*<br><br>*/s/ Griffin W. Ingraham*<br>Griffin W. Ingraham<br>Georgia Bar No. 773148<br>*Assistant Attorney General*<br><br>Office of the Attorney General<br>40 Capitol Square, S.W.<br>Atlanta, Georgia 30334<br>(404) 692-5105<br>gwhite@law.ga.gov<br>(404) 458-3260<br>gingraham@law.ga.gov<br><br>*Counsel for Defendants Walter Rabon in his official capacity as Commissioner of the Georgia Department of Natural Resources, and the Georgia Department of Natural Resources* | */s/ Susan O. Porter*<br>Susan O. Porter<br>South Carolina Bar No. 68335<br>General Counsel<br><br>South Carolina Department of Natural Resources<br>260 D. Epting Lane<br>West Columbia, South Carolina 29172<br>(803)734-3246<br>porters@dnr.sc.gov<br><br>*Counsel for Defendants Thomas Mullikin in his official capacity as Director of the South Carolina Department of Natural Resources, and the South Carolina Department of Natural Resources* |

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 24th day of September, 2025, a copy of this Georgia and South Carolina Defendants' Joint Motion To Dismiss and Response to Plaintiffs' Motion for Preliminary Injunction was filed electronically through CM/ECF. Electronic notice of this filing will be sent to all counsel of record through the Court's electronic filing system.

| | |
|---|---|
| Christopher M. Carr<br>Georgia Bar No. 112505<br>*Attorney General*<br><br>Robin J. Leigh<br>Georgia Bar No. 445845<br>*Deputy Attorney General*<br><br>*/s/ D. Garrett White*<br>D. Garrett White<br>Georgia Bar No. 631112<br>*Assistant Attorney General*<br><br>*/s/ Griffin W. Ingraham*<br>Griffin W. Ingraham<br>Georgia Bar No. 773148<br>*Assistant Attorney General*<br><br>Office of the Attorney General<br>40 Capitol Square, S.W.<br>Atlanta, Georgia 30334<br>(404) 692-5105<br>gwhite@law.ga.gov<br>(404) 458-3260<br>gingraham@law.ga.gov<br><br>*Counsel for Defendants Walter Rabon in his official capacity as Commissioner of the Georgia Department of Natural Resources, and the Georgia Department of Natural Resources* | */s/ Susan O. Porter*<br>Susan O. Porter<br>South Carolina Bar No. 68335<br>General Counsel<br><br>South Carolina Department of Natural Resources<br>260 D. Epting Lane<br>West Columbia, South Carolina 29172<br>(803)734-3246<br>porters@dnr.sc.gov<br><br>*Counsel for Defendants Thomas S. Mullikin, Ph.D., J.D.in his official capacity as Director of the South Carolina Department of Natural Resources, and the South Carolina Department of Natural Resources* |

4