# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAPE COD CHARTER BOAT ASSOCIATION, et al., | ) ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) Case No. 1:25-cv-01457-TNM |
| DOUGLAS BURGUM, in his Official capacity as Secretary of the U.S. Department of the Interior, et al., | ) ) ) ) ) ) |
| Defendants. | ) ) ) |

**UNOPPOSED MOTION BY REMOTE STATE DEFENDANTS TO EXCUSE IN-PERSON APPEARANCES AND APPEAR REMOTELY AT THE HEARING ON THE PENDING MOTIONS**

The "Remote State Defendants,"[1] which include certain State Defendants who have appeared in this matter,[2] respectfully move pursuant to the Court's Standing Order for Cases Before Judge Trevor N. McFadden ("Standing Order," ECF 4) to excuse their in-person appearance and allow them to appear remotely at the hearing scheduled for October 21, 2025. In support the Remote State Defendants state as follows:

1. Plaintiffs filed this action on May 13, 2025, naming 42 defendants, including federal agencies and officials; state agencies and officials, a District of Columbia agency and official, and interstate compact entities. ECF 1.

2. On September 5, 2025, Plaintiffs filed a Motion for Preliminary Injunction. ECF 19.

3. On September 9, 2025, the Court entered an Order which, among other things, scheduled an in-person hearing for October 21, 2025 on any dispositive motions and on Plaintiffs'

---

[1] "Remote State Defendants" refers to Connecticut Department of Energy and Environmental Protection; Katie Dykes, in her official capacity as Commissioner of the Connecticut Department of Energy and Environmental Protection; Maine Department of Marine Resources; Carl Wilson, in his official capacity as Commissioner of the Maine Department of Marine Resources; Massachusetts Division of Marine Fisheries; Daniel J. McKiernan, Director of Massachusetts Division of Marine Fisheries; New Jersey Department of Environmental Protection; Shawn M. LaTourette, in his official capacity as Commissioner of the New Jersey Department of Environmental Protection; New York Department of Environmental Conservation; Amanda Lefton, in her official capacity as Commissioner of the New York Department of Environmental Conservation; North Carolina Department of Environmental Quality, Division of Marine Fisheries; D. Reid Wilson, in his official capacity as the Secretary of the North Carolina Department of Environmental Quality; Pennsylvania Fish and Boat Commission; Timothy D. Schaeffer, in his official capacity as Administrator of the Pennsylvania Fish and Boat Commission; Rhode Island Department of Environmental Management; Terrence Grey, in his capacity as Director of the Rhode Island Department of Environmental Management; Division of Marine Fisheries Management for the Florida Fish and Wildlife Conservation Commission; Jessica McCawley, in her Official Capacity as Director of the Division of Marine Fisheries Management for the Florida Fish and Wildlife Conservation Commission; Georgia Department of Natural Resources; Walter Rabon, in his official capacity as Commissioner of the Georgia Department of Natural Resources.

[2] As of the filing of this motion, defendants New Hampshire Fish and Game Department – Marine Fisheries and Cheri Patterson, in her official capacity as Administrator of New Hampshire Fish and Game Department - Marine Fisheries, have not yet appeared in this action.

motion for a preliminary injunction ("Motions Hearing"). *See* Minute Order dated September 9, 2025.

4. On September 24, 2025, the Georgia defendants and South Carolina defendants filed a joint Motion to Dismiss the Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(2), 12(b)(5), 12(b)(6), and/or 4(m), ECF 36, and a Response to the Motion for Preliminary Injunction. ECF 37.

5. On September 26, 2025, the Florida defendants joined the motion to dismiss and response filed by the Georgia and South Carolina defendants. ECF 44.

6. Also on September 26, 2025, the Maryland, Connecticut, Delaware, Maine, Massachusetts, New Jersey, New York, North Carolina, Pennsylvania, Virginia, Rhode Island, and District of Columbia defendants filed a joint Combined Motion to Dismiss the Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(2), 12(b)(5) and 12(b)(6) and Opposition to the Motion for Preliminary Injunction. ECF 45, 47.

7. Counsel for the South Carolina defendants, the Maryland defendants, the Delaware defendants, the Virginia defendants, and the District of Columbia defendants will appear in person at the Motions Hearing.

8. In accordance with paragraph 8 of the Standing Order, the Remote State Defendants respectfully request that the Court excuse any counsel for the Remote State Defendants from in-person appearances at the Motions Hearing on the grounds that (1) their offices are located more than 100 miles from the courthouse of this Court, and (2) none of them will argue either in support of their respective dispositive motions or in opposition to the Plaintiffs' Motion for Preliminary Injunction.

9. The Remote State Defendants also respectfully request that their counsel be allowed to attend the hearing by teleconference or video conference in order to observe and be available to answer any questions the Court may have for them.

10. In accordance with LCvR 7(m), undersigned counsel for the Maine Defendants has asked all appearing parties for their position on this motion, and represents that no party has responded that it opposes this motion.

11. Accordingly, the Remote State Defendants request that the Court issue an order excusing counsel for the Remote State Defendants from appearing at the Motions Hearing in person on October 21, 2025, and allowing them to attend the Motions Hearing by teleconference or video conference. A proposed order is attached.

Dated: October 15, 2025

Respectfully submitted,

/s/ Valerie A. Wright
Valerie A. Wright
Assistant Attorney General
Office of the Attorney General of the State of Maine
6 State House Station
Augusta, ME 04333
(207) 626-8897
valerie.a.wright@maine.gov
*Counsel for Defendants Maine Department of Marine Resources and Carl Wilson, in his official capacity as Commissioner of the Maine Department of Marine Resources*

/s/ Michael C. Schulz
Michael C. Schulz
Assistant Attorney General
165 Capitol Avenue
Hartford, CT 06105
Tel: (860) 808-5450
Fax: (860) 808-5591
E-Mail: Michael.schulz@ct.gov
*Counsel for Defendants Connecticut*

*Department of Energy and Environmental Protection and Katie Dykes, in her official capacity as Commissioner of the Connecticut Department of Energy and Environmental Protection*

/s/ Maryanne Reynolds
Maryanne Reynolds
Assistant Attorney General
Office of the Attorney
General Andrea Joy Campbell
10 Mechanic Street, Suite 301
Worcester, MA 01608
(774) 214-4407
Maryanne.Reynolds@mass.gov
*Counsel for Defendant Massachusetts Division of Marine Fisheries and Daniel J. McKiernan, Fisheries Director of Massachusetts Division of Marine Fisheries*

*/s/ Kevin M. DeCristofer, DAG*
Kevin DeCristofer
Deputy Attorney General
New Jersey Office of the Attorney General
Hughes Justice Complex
25 Market Street
Trenton, NJ
(609) 900-0841
Kevin.decristofer@law.njoag.gov
*Counsel for Defendants the New Jersey Department of Environmental Protection, and Shawn M. LaTourette, in his official capacity as Commissioner of the New Jersey Department of Environmental Protection*

*/s/ Jacob Frasch*
Jacob Frasch
Deputy Attorney General
Pennsylvania Office of Attorney General
15th Floor, Strawberry Square
Harrisburg, PA 17120
(717) 580-7897
jfrasch@attorneygeneral.gov
*Counsel for Defendants Pennsylvania Fish and Boat Commission and Timothy D. Schaeffer, in his official capacity as Administrator of the Pennsylvania Fish and Boat Commission*

*/s/ Max Shterngel*
Max Shterngel
Assistant Attorney General
Andrew J. Gershon
Senior Counsel and
Assistant Attorney General
Office of the New York Attorney General
28 Liberty Street, 19th Floor
New York, NY 10005
(212) 416-6692
max.shterngel@ag.ny.gov
*Counsel for Defendants the New York Department of Environmental Conservation and Amanda Lefton, in her official capacity as Commissioner of the New York Department of Environmental Conservation*

*/s/ Shannon L. Haibon*
Shannon L. Haibon
Special Assistant Attorney General
Rhode Island Office of the Attorney General
150 South Main St.
Providence, RI 02903
Tel: (401) 274-4400, ext. 2018
Fax: (401) 222-2995
shaibon@riag.ri.gov
*Counsel for Defendants Rhode Island Department of Environmental Management and Terrence Grey, in his capacity as Director of the Rhode Island Department of Environmental Management*

JEFF JACKSON
Attorney General, North Carolina
*/s/ Marc Bernstein*
Marc Bernstein
Special Deputy Attorney General
N.C. Bar No. 21642
mbernstein@ncdoj.gov
Scott A. Conklin
Assistant Attorney General
N.C. Bar No. 28257
sconklin@ncdoj.gov
N.C. Department of Justice
Environmental Division
PO Box 629
Raleigh, NC 27602
(919) 716-6600
*Counsel for North Carolina Department of Environmental Quality, Division of Marine Fisheries, and D. Reid Wilson in his official capacity as the Secretary of the Department of Environmental Quality*

Christopher M. Carr
Georgia Bar No. 112505
*Attorney General*
Robin J. Leigh
Georgia Bar No. 445845
*Deputy Attorney General*
*/s/ D. Garrett White*
D. Garrett White
Georgia Bar No. 631112
*Assistant Attorney General*
*/s/ Griffin W. Ingraham*
Griffin W. Ingraham
Georgia Bar No. 773148
*Assistant Attorney General*
Office of the Attorney General
40 Capitol Square, S.W.
Atlanta, Georgia 30334
(404) 692-5105
gwhite@law.ga.gov
(404) 458-3260
gingraham@law.ga.gov
*Counsel for Defendants Walter Rabon in his official capacity as Commissioner of the Georgia Department of Natural Resources, and the Georgia Department of Natural Resources*

*/s/ Rhonda E. Parnell*
Rhonda E. Parnell
Assistant General Counsel for the
Florida Fish and Wildlife Conservation
Commission
Florida Bar No. 535249
620 South Meridian Street
Tallahassee, Florida 32399-1600
Telephone: 850-487-1764
Rhonda.Parnell@myfwc.com
*Counsel for Defendants Florida Fish and Wildlife Conservation Commission and Jessica McCawley, in her Official Capacity as Director of the Division of Marine Fisheries Management for the Florida Fish and Wildlife Conservation Commission*

## CERTIFICATE OF SERVICE

   I hereby certify that on October 15, 2025, I filed a copy of the foregoing Unopposed Motion by Remote State Defendants to Excuse In-Person Appearances by Remote State Defendants at the Hearing on the Pending Motions via the Court's CM/ECF system, which will provide electronic copies of the same to all counsel of record.

                /s/ *Valerie A. Wright*
                Valerie A. Wright