UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CAPE COD CHARTER BOAT ASS'N, et al.**, <br><br> Plaintiffs <br><br> v. <br><br> **DOUGLAS J. BURGUM**, et al., <br><br> Defendants. | Case No. 1:25-cv-1457 (TNM) |

# ORDER

Upon consideration of the pleadings, relevant law, related legal memoranda in opposition and support, the arguments of counsel, and for all the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Defendants' [18] Motion to Dismiss, [36] Motion to Dismiss, [44] Motion to Dismiss, [45] Motion to Dismiss, [49] Motion to Dismiss, and [50] Motion to Dismiss are GRANTED.  It is also

**ORDERED** that Plaintiffs' [19] Motion for a Preliminary Injunction is DENIED as moot.

The Clerk of Court is requested to close this case.  This is a final, appealable order.  *See* Fed. R. App. P. 4(a).

**SO ORDERED**.

Dated:  November 14, 2025                                         TREVOR N. McFADDEN, U.S.D.J.